**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BRYAN SCHAUB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRYAN SCHAUB,<br><br>　　　　　Defendant | ) Case No.: 1:14-CR-00062-AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **RETURN PROPERTY**<br>)<br>) REPORT NO: SR12-16194<br>)<br>)<br>) |

TO: CUSTODIAN/PROPERTY OFFICER at the Kern County Sheriff Department:

　　On April 21, 2014 Bryan Schaub pled guilty and on September 8, 2014 he was sentenced.

**IT IS HEREBY STIPULATED** that the following property seized from Defendant, BRYAN SCHAUB, currently in possession of the Kern County Sheriff Department, shall be forthwith release to Defendant, BRYAN SCHAUB, or a representative of the Law Office of David A. Torres:

　　1. **Item RM100**-Black iPhone w/ charge

　　2. **Item RM101**-Gray Apple Laptop Computer

　　3. **Item RM106**- Unknown type Hard Drive

　　4. **Item RM109**-Black/Gray "Penguin" Brand Shoes (Size 12)

　　5. **Item RM110**-Grey/White "Inis" Brand Shoes (Size 13)

6. **Item RM111**-White "Inis" Brand Shoes (Size 13)

7. **Item RM117**-Red/Black/Grey Nikes (Size 13)

8. **Item RM 300**-White/Grey "Prada" Shoes (Size 12)

9. **Item RM 301**-Grey/Black/Red Backpack

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:10/6/14                                  */s/ David A Torres*
                                               DAVID A. TORRES
                                               Attorney for Defendant
                                               BRYAN SCHAUB


DATED: 10/6/14                                 */s/ Dawrence W. Rice*
                                               DAWRENCE W. RICE
                                               Assistant U.S. Attorney


# ORDER

The property seized from Bryan Schaub by the Kern County Sheriff Office, shall be forthwith released to the Defendant or a representative of the Law Office of David A. Torres. IT IS SO ORDERED.

Dated:   **October 8, 2014**                   /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE